1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7    ROMEO C. ALLEN,

No.  3:23-cv-05425-DGE

8                               Plaintiff,

**ORDER ADOPTING REPORT AND RECOMMENDATION**

9        v.

10   FEDERAL GOVERNMENT,

11                               Defendant.

12

13   The Court, having reviewed the Report and Recommendation of Magistrate Judge David

14   W. Christel, objections to the Report and Recommendation, if any, and the remaining record,

15   does hereby find and ORDER:

16       (1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 4);

17       (2)    Plaintiff's application to proceed IFP is DENIED and Plaintiff's claims are
                dismissed without prejudice;

18

19       (3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon.
                David W. Christel.

20

21       **DATED** this 5th day of June, 2023.

22

23

24

_____

David G. Estudillo
United States District Judge

25

26

ORDER ADOPTING REPORT AND RECOMMENDATION- 1